Nash agt. The People.

---

# COURT OF APPEALS.

LOUISA NASH, appellant agt. THE PEOPLE, respondents

The *city judge* of the city of New York has no authority to issue a writ of *habeas corpus*, out of court.

*June Term,* 1866.

THE question presented in this court for adjudication is, can the city judge of the city of New York, under any existing law, out of court, issue the *writ of habeas corpus?* The appellant claimed for the city judge such authority, as being vested in him by the provision of the law giving him, *ex officio*, the powers and functions vested in the recorder of the city of New York.

THE COURT *held,* that the city judge had not authority to issue writs of *habeas corpus,* out of court, on the ground that the city recorder had his authority to issue the writ of *habeas corpus* in virtue of his power, *ex officio,* as supreme court commissioner; and that the office of supreme court commissioner was abolished by the constitution of 1846, since which the recorder of the city had no authority to issue writs of *habeas corpus,* and consequently the city judge could not derive such authority from the law vesting him, *ex officio*, with the powers and functions of the recorder of the city of New York.

The judgment of the court below was therefore affirmed.